# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JOHN M. STINSON

    Plaintiff

v.                                         Civil: C-1-13-238

DELTA MANAGEMENT ASSOCIATES, INC.

    Defendant

## ORDER

The undersigned hereby TRANSFERS the above-captioned matter to the Clerk of Courts for REASSIGNMENT.

IT IS SO ORDERED.

                                            \_\_s/Herman J. Weber_____
                                            Herman J. Weber, Senior Judge
                                            United States District Court