IN THE UNITED STATES DISTRICT COURT (Revised 4-20-10)
FOR THE SOUTHERN DISTRICT OF OHIO

John M. Stinson,  :

      Plaintiff,  :  Case No.: 13-CV-238-TSB-SKB

  -vs-  :  District Judge Timothy S. Black
Delta Management Associates, Inc.     Magistrate Judge Stephanie K. Bowman
      Defendant,  :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, <u>Ronald Lee Burdge</u>, trial
                                                  (Name of Trial Attorney)

attorney for <u>John M. Stinson</u>, in the above-referenced action, hereby moves the court to
            (Name of Party)

admit <u>Brian Lewis Bromberg</u>, *pro hac vice* to appear and participate as counsel or co-counsel
       (Name of PHV Attorney)

in this case for <u>John M. Stinson</u>.
               (Name of Party)

    Movant represents that <u>Brian Lewis Bromberg</u> is a member in good standing
                                (Name of PHV Attorney)

of the highest court of <u>New York</u> as attested by the accompanying certificate from that
                (Name of State)

court and that <u>Brian Lewis Bromberg</u> is not eligible to become a member of the
           (Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

    <u>Brian Lewis Bromberg</u> understands that, unless expressly excused, he or
    (Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

<u>Brian Lewis Bromberg</u>'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone: 212-248-7906   Business fax: 212-248-7908

Business address: Bromberg Law Office, P.C., 40 Exchange Place, Suite 2010

New York, NY 10005

Business e-mail address: brian@bromberglawoffice.com

_____
(Signature of Trial Attorney)
2299 Miamisburg-Centerville Rd
_____
(Address)
Dayton, OH 45459
_____
(City, State, Zip Code)
937-432-9500
_____
(Telephone Number)

Trial Attorney for <u>John M. Stinson</u>
(Name of Party)

## CERTIFICATION

A copy of the foregoing was filed electronically on May 8, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
RONALD L. BURDGE   (0015609)
Attorney for Plaintiff



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Brian Lewis Bromberg** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 4th day of March 1992, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 03, 2013.



*Clerk of the Court*