UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN M. STINSON, on behalf of himself and others similarly situated | Case No. 1:13-cv-238 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| DELTA MANAGEMENT ASSOCIATES, INC., | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER APPROVING A SETTLEMENT AWARD OF ATTORNEY FEES AND COSTS (Doc. 32)**

This civil action is before the Court on Plaintiff's Unopposed Motion for an Order Approving a Settlement Award of Attorney Fees and Costs (Doc. 32) and verified supporting documentation (Docs. 29, 30, 31). Subsequent to negotiating the $65,000 class settlement, the parties agreed to an award of $50,000 in attorney fees and costs.

Upon review of the supporting documentation and the record as a whole, the Court determines the proposed award of attorney fees and costs is reasonable. Fed. R. Civ. P. 23(h). Notably, the award of fees and costs is made directly by Defendant and does not come from the class fund. In the notice of the proposed settlement, the parties indicated that class counsel intended to petition for up to $75,000 in fees and costs. Accordingly, notice was directed to class members in a reasonable manner. Fed. R. Civ. P. 23(h)(1).

For these reasons, Plaintiff's Unopposed Motion for an Order Approving a Settlement Award of Attorney Fees and Costs (Doc. 32) is **GRANTED** and class counsel

are **AWARDED** the sum of $50,000. As no matters remain for resolution, this case is **CLOSED** in this Court.

    **IT IS SO ORDERED.**

Date: _____9/5/14_____

_____
Timothy S. Black
United States District Judge